

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
U. S. District Court
Northern District of Alabama
140 Hugo L. Black U. S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

**COMPLETE THIS SECTION**

A. Signature
X F Calahan                    ☐ Agent
                               ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
F Calahan                      4/23/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

2:08 CV 200
entire file

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2680 0003 1842 3429

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540